UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE BROWN,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF SACRAMENTO,<br><br>            Defendant.[1] | No.  2:12-cv-01960-GEB-DAD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

        Defendant filed a "Notice of Settlement" on September 17, 2013, in which it states: "a settlement has been reached in this case[, and a]ll parties expect that the final dispositional documents will be filed within thirty (30) days of filing this Notice[,] if not sooner." (Notice of Settlement, ECF No. 11.)

        Therefore, a dispositional document shall be filed no later than October 17, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date

---

[1] The caption has been amended according to the automatic dismissal of Doe Defendants pursuant to the terms of the October 23, 2012 Status Order. (Order 1:26-2:6, ECF No. 10.)

1

1 | prescribed by the Court may be grounds for sanctions.").
2 | IT IS SO ORDERED.
3 | Dated: September 17, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge